# DECISIONS IN CASES NOT REPORTED.

## THIRD DEPARTMENT, NOVEMBER TERM, 1891.

The People of the State of New York, Respondent, v. Orson M. Wilson, Appellant. — Judgment and conviction affirmed. Opinion by Landon, J.

Fred Keefer, Appellant, v. Lewis Greene, Respondent. — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J

In the Matter of the Application of Emma J. Taggard to compel Henry N. Hewitt, Executor, to account, etc. — Order affirmed, with costs. Opinion by Landon, J.

George B. Gallup, Respondent, v. August Belmont and others, Appellants. — Interlocutory judgment overruling demurrer reversed and judgment for defendants on demurrer, with costs. Opinion by Learned, P. J.; Mayham, J., not acting.

John M. Holmes, Appellant, v. The Union Telegraph and Telephone Company, Respondent. — Judgment and order affirmed, with costs. Opinion by Mayham, J.; Landon, J., not acting.

Alfred Humphrey, Respondent, v. The Prudential Insurance Company of America, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

Moses T Sayles, Appellant, v. The National Water Purifying Company, Respondent. — Judgment affirmed, with costs. Opinion by Mayham, J.

Patrick Johnson, Appellant, v. The Village of Glens Falls, Respondent. — Judgment affirmed, with costs. Opinion by Landon, J.

The Bagley and Sewall Company, Respondent, v. The Saranac River Pulp and Paper Company, Appellant. — Judgment affirmed, with costs. Opinions by Mayham and Landon, JJ.; Learned, P. J., not voting.

Jeremiah Hailey, Respondent, v. Sophia Ano, Appellant. — Judgment and order affirmed, with costs. Opinion by Landon, J.

James C. Birge, Respondent, v. The Berlin Iron Bridge Company, Appellant. — Order reversed and injunction vacated, with ten dollars costs and printing disbursements. Opinion by Landon, J., and by Mayham, J. dissenting.

Matthew Barker, Appellant, v. The Town of Oswegatchie and others, Respondents. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Mayham, J., and by Landon, J., dissenting.

Matthew Barker, Appellant, v. Town of Oswegatchie and McConville and others, Respondents. — Appeal from order refusing to punish for contempt. Order affirmed, with ten dollars costs and printing disbursements. Opinion by Mayham, J

William Moore, Appellant, v. Simeon Brown, Respondent. — Judgment reversed, new trial granted, costs to abide event. Opinion by Landon, J.

Constance B. Price, Appellant, v. De Witt C. Holman and others, Respondents. — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.

Andrew F. Pitts, Respondent, v. William S. Lighthall and others, Appellants. — Judgment and order reversed, new trial granted, costs to abide event. Opinion by Landon, J.

John B. Newland and others, Appellants, v. The Hudson River Water Power and Paper Company, Respondent. — Judgment affirmed, with costs. Opinions by Landon and Mayham, JJ.

Alfred Cooper, Administrator, Respondent, v. Watson P. Harvey, Appellant. — Judgment affirmed, with costs. Opinion by Mayham, J.

William H. Jackson, Respondent, v. Stephen Collins, Appellant. — Judgment affirmed, with costs. Opinion by Mayham, J.

James Thompson and others, Appellants, v. Clarence R. B. Fuller and others, Respondents. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Bridget Noonan, Administratrix, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Mayham, J.

Francis McCaffrey, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

Caroline Hebert, Administratrix, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant. — Judgment affirmed, with costs. Opinion by Mayham, J.

Alexander H. Kerr, Respondent, v. Mary Hannon, Appellant. — Motion for a reargument, and to go to the Court of Appeals, denied. (No opinion.)

Anna J. Clark, Respondent, v. Theodore W. Todd and others, Appellants. — Order reversed, report confirmed, judgment for defendants, with costs. Opinion by Learned, P. J.; Mayham, J., not acting.

James N. Mussen, Respondent, v. Jehiel B. White, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

Mary Astheimer, Respondent, v. Patrick J. O'Pray, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.; Mayham, J., not acting.

Peter A. Strack, Respondent, v. John Hurd, Appellant. — Judgment affirmed, with costs. Opinion by Mayham, J.

Minnie O'Neil, by Guardian, Respondent, v. Fred. G. Battie, Appellant. — Order modified so as to charge defendant only in his representative capacity. (No opinion.)

James M. Smith, Executor, Respondent, v. Frank Pelott, Appellant. — Motion for reargument granted. Mem. by Mayham, J.

The People of the State of New York ex rel. Glens Falls Insurance Company, Respondent, v. John E. Landon and others, Appellants. — Order modified, with ten dollars costs and printing disbursements. (No opinion.)

Henrietta Church, Executrix, Appellant, v. Daniel D. Barkman, Executor, Respondent. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Landon, J.

Alice Wilsie, Respondent. v. James Rooney, Sheriff, Appellant. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Learned, P. J.

In the Matter of the Dissolution of The Whitehall Lithographic Company. — Order affirmed, with ten dollars costs and printing disbursements. (No opinion.)

Orrando P. Dexter, Appellant, v. Warren Joseph Alfred, Respondent. — Order affirmed, with ten dollars costs and printing disbursements. (No opinion.)